

# Missouri Court of Appeals
## Southern District

## AUGUST 21, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD32990

    Re:  TIMOTHY JONES,
         Movant-Appellant,
         v.
         STATE OF MISSOURI,
         Respondent-Respondent.